Kerry R. Bensinger, State Bar No. 132178
BENSINGER, RITT, TAI & THVEDT
A Limited Liability Law Partnership
65 North Raymond Avenue, Suite 320
Pasadena, California 91103
Tel:  (626) 685-2550
Fax:  (626) 685-2562

Attorney for Defendant ALEX SANCHEZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. CR-09 00466** |
| Plaintiff, | **LETTERS IN SUPPORT OF DEFENDANT ALEX SANCHEZ'S REQUEST FOR PRE-TRIAL RELEASE PURSUANT TO THE BAIL REFORM ACT OF 1984 18 U.S.C § 1342** |
| v. | |
| ALEX SANCHEZ, | |
| Defendant. | Date:        June 30, 2009 |
| | Time:       2:00 p.m. |
| | Courtroom:  D |

Defendant ALEX SANCHEZ ("Defendant"), by and through his counsel of record, Kerry R. Bensinger, hereby files the attached Letters in Support of Defendant's Request for a Pre-trial Release.

Respectfully Submitted,

BENSINGER, RITT, TAI & THVEDT
A Limited Liability Partnership

Dated: June 29, 2009

_KERRY R. BENSINGER_
Attorney for Defendant
ALEX SANCHEZ



**INDUSTRIES**
"Nothing Stops A Bullet Like A Job"

130 W. Bruno Street • Los Angeles • CA • 90012
Phone 323.526.1254 • Fax 323.526.1257
www.homeboy-industries.org

June 26, 2009

**Board of Directors**

*David V. Adams, Sr.*
*Carol Biondi*
*H. Thomas Boyle*
*Rosa Campos*
*Alex Chaves, Sr.*
*J. Michael Hennigan*
*Dwight Hotchkiss*
*Christine Lynch*
*Amanda Mansour*
*Charlie McPhee*
*J. Mario Molina, M.D.*
*Fr. Al Naucke, S.J.*
*Joe Seager*
*Rob Smith*
*Carlos Vasquez*

**Honorary Board Members**

*Herb Alpert*
*Robert Graham*
*Anjelica Huston*
*David G. Price*

**Services**

Case Management
Curriculum/Education
Employment Counseling
Legal Services
Mental Health
Twelve Step Meetings
Volunteer "Navigators"
WIN (Work is Noble)
Ya 'Stuvo Tattoo Removal

**Homeboy Industries**

Homeboy Bakery
Homegirl Café & Catering
Homeboy Maintenance
Homeboy Merchandise
Homeboy Press
Homeboy Silkscreen & Embroidery

Honorable Alicia G. Rosenberg
United States Courthouse
312 N. Spring Street, Courtroom D
Los Angeles, CA 90012

Dear Judge Rosenberg:

I write to you in support of **Alex Sanchez**, whom I have known for many years.   I met him in my capacity as Executive Director of Homeboy Industries, a non-profit employment referral center for at-risk and gang-impacted youth, and economic development program, respectively.

I am very familiar with Alex's work with Homies Unidos and know that he is one of the most respected gang intervention leaders in Los Angeles County.  On a personal level, he is a great man with a generous heart, who has made a difference in many people's lives.  He has helped many young people get back in school, and has helped 240 gang members get tattoos removed.  He has been an important figure in the community for years.

Alex has been the target of the FBI and other law enforcement agencies over the years, and has been accused of continued involvement with gangs – yet there has been no evidence to show that this is the case.

As one myself who works with gang members, I am certain that Alex's contact with gang members has been to seek their re-direction and a new life.  I believe that he should be given the opportunity to be released on bail while preparing for his defense.

It is my sincerest hope that you will consider the above as you review Alex Sanchez' case. I greatly appreciate your attention to this letter.

Sincerely,

Fr. Gregory J. Boyle, S.J.
Executive Director

Honorable Alicia G. Rosenberg
United States Courthouse
312 N. Spring St.
LA 90012

Re: case of Alex Sanchez Cr. 09-0046

Dear Judge Rosenberg,

I urge that bail be granted to Alex Sanchez in the case before you. I
have known Alex personally as a friend for a decade. I have observed his
work at Homies Unidos closely. I have traveled to El Salvador to arrange
meetings between the US ambassador, the San Salvador police chief,
and Homies Unidos members. I testified as an expert witness in his
asylum case before the INS. I have written extensively about his
background for the Nation magazine and my book, Street Wars [2005].
As a state senator, I always appreciated his advocacy and lobbying
before legislative committees and state law enforcement officials.

Alex was the key witness in a special hearing I chaired during the
Rampart scandal at the Immanuel Presbyterian Church in Pico-Union.
While Alex testified, officers of the LAPD were threatening and pulling
young people attending the hearing out of the sanctuary, threatening
them, and throwing them against the walls. Alex's testimony played for
weeks on public television, infuriating the police.

I believe history will judge Alex the victim of a massive set of injustices
by elements of law enforcement who cannot forgive his surviving and
triumphing against the CRASH units, the INS and the FBI.

The charges against him are grave. The public, for legitimate reasons, is
prone to fear gang members, especially MS members charged with
plotting murder. As determined by the INS judge a decade ago, Alex,

Salvadoran immigrant, comes from a demonized minority, that of tattooed gang members. You would think from the indictment that he has enriched himself with drug proceeds and extortion, but the truth is that he has few if any funds of his own. His court-appointed attorney, an honorable professional, must urgently acquaint himself with Alex and a decade of history. The scales of justice are terribly out of balance here.

A denial of bail would increase the socio-economic and racial disadvantages Alex already faces as a defendant. The scales of justice would be tipped over.

He already is being moved around the federal system, remote from his family and his new lawyer. In prison, his ability to participate in his own defense, talk with advisers, review documents and receive community feedback will be extremely diminished. In public, he will appear as an orange-jacketed thug rather than a human being with a fascinating story to tell. If, as I deeply believe, the prosecution's intention is to silence the voice of one of their leading critics, and undermine his violence prevention organization, a denial of bail will serve their interests, not the interests of Alex, his community supporters and the general public.

On the other hand, the responsibility to grant bail to a defendant facing murder conspiracy charges is an extremely sensitive one.

But I know Alex Sanchez, and he represents neither a danger to his community nor any risk of flight.

The record speaks louder than the unproven accusations in the indictment. Coming from a violent background, living in a shadowy epicenter of gang violence, targeted from multiple directions, Alex has been a force of sanity, moderation and hope for ten years. His friends are legion, from the streets of Pico Union to the worlds of gang researchers and violence prevention experts. He has resisted numerous moments of provocation.

Alex, if granted bail, is not going to turn into Frankenstein. He would be more like a Boy Scout.

The second serious concern is whether Alex represents a risk of flight. History is helpful again here. Theoretically, Alex could have fled the country a decade ago when facing deportation charges. The Superior

6/29/2009

Court granted bail nonetheless, with the support of the US Attorney's office. Alex returned to his family, which has deep roots here, and to his advocacy. At the time, he was being accused by many of the same people of the same charges he faces today, of being a "front man" or "shot caller" for a violent gang. With pressures from all sides and deportation hanging over his head, this ex-gang member chose the path of testimony in an immigration court where no one else of his status had ever succeeded. On potentially his last day of freedom, when the court was about to decide, I saw him enter a car to drive to San Pedro where the gates might have closed on him forever.

Alex Sanchez does not run. That's not a conjecture, it's a fact.

I know Alex, and I believe he will fight his case to the end and, when all the appeals are over, if convicted and sentenced, serve his time, and continue his violent prevention work behind bars.

In conclusion, to deny bail to Alex Sanchez will irreparably compromise his ability to participate in his own defense, and make him a worldwide symbol of the socio-economic inequities often visited upon the poor and marginalized in a system supposedly based on fairness. His "danger" to the community is an unproven and frankly hallucinatory allegation which must be weighed against the nonviolence he has exhibited for a decade in daily life. The danger of his taking flight implies a cowardice he has never shown in facing many threats in life, ignores his admirable courage in facing the consequences in the past, and the deep faith of the many who know him here and across America and many countries abroad.

It would reinforce the image of America as a country which violates human rights despite its constitutional promise, an image which the Obama administration is working so admirably to erase.

It would balance the scales in favor of old thinking, failed approaches which have led to human rights violations from the Rampart scandal to Guantonamo,

It would pander to the politics of fear. Our country already incarcerates 25 percent of the world's inmates, and California leads our country. We throw more people in prison than the world's most despicable dictatorships. Where does it end?

I pray that by your hand the scales of justice and equality will begin to be rebalanced anew.

Sincerely,

Tom Hayden

# UNIVERSITY OF CALIFORNIA, SAN DIEGO

UCSD



BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO      SANTA BARBARA • SANTA CRUZ

DEPARTMENT OF COMMUNICATION
TEL: (858) 534-4410
FAX: (858) 534-7315

9500 GILMAN DRIVE
LA JOLLA, CALIFORNIA 92093-0503
URL: http://communication.ucsd.edu/

Honorable Alicia G. Rosenberg
United States Courthouse
312 N. Spring Street, Courtroom D
Los Angeles, CA 90012

Re: Mr. Alex Sanchez Cr. 09-00466

June 26, 2009

Dear Judge Rosenberg:

I write on behalf of Alex Sanchez in my capacity as a tenured professor* in the Communication Department at the University of San Diego. However, I want to make clear from the outset that this letter represents my personal point of view and does not reflect the position of my department or university.

I urge you to grant Mr. Sanchez's release from detention. I do not deem him either a flight risk or a threat to his community. I am also deeply concerned for his safety while in custody. Contrary to the spirit of the indictment, Mr. Sanchez's work, while it involves working to negotiate conflicts between and to rehabilitate gang members, actually places him in great danger with active gang members. Certainly, his work requires communication with them—this is a well-known fact about violence intervention strategies. However, the very people Mr. Sanchez is trying to redeem, also perceive his work as a threat to their way of life and to their reputations, and may even misrecognize him as an informant.

I have known Alex Sanchez for over 10 years as both colleague and friend. I first met Mr. Sanchez in 1998 when he was just beginning his gang prevention and intervention work and I was Ph.D. student in the Department of Anthropology at the University of Texas in Austin. I was studying Salvadoran migration to Los Angeles. My experience with Salvadoran refugees and immigrants in Los Angeles, however, predates my academic career and goes back to 1989. In 2000, I testified on Mr. Sanchez's behalf at his political asylum trial, and I have no qualms in doing so again. Upon completion of my Ph.D. in 2002, I was granted a post-doctoral fellowship from the Global Security and Cooperation Program of the Social Science Research Foundation to study the development of the transnational gang crisis between the United States and El Salvador. My book, forthcoming with Duke University Press in 2010, focuses specifically on the efforts of gang suppression, intervention and prevention in Los Angeles and San Salvador.

Let me now turn to Mr. Sanchez's moral character. Frankly, I have had my doubts about the capacity of *other* prevention programs to draw the line between intervention and participation in gang activities. I am well aware of how these activities can blur into one another despite good intentions. However, I have been very impressed and convinced by the work of the Homies Unidos office in Los Angeles. Mr. Sanchez could have retired from community work after he won his political asylum case. I know that he was tempted to, but he did not. He went back to Homies Unidos, where he worked tirelessly to set up the Epiphany Project. That project took him into schools to work with students and their parents. He managed to open up a space inside the very institutions that had failed—either by neglect, design or lack of resources—to keep youth in school and out of gangs. He is a *vital asset* not a threat to his community.

Mr. Sanchez assumed the directorship of Homies Unidos in fall of 2006. Without prior experience in running a growing non-profit community-based organization, he work diligently with the support of a vast network of community leaders, and professionals. By November 2007 he had proven himself to be an outstanding executive director of a non-profit, while maintaining an important public profile for the causes to which the organization is dedicated. Mr. Sanchez selected his staff very carefully and wisely so that no one gang, nor former gang members would predominate. Since Mr. Sanchez assumed leadership of Homies Unidos, he has built a staff comprised of former members of *rival* gangs working peacefully with one another, and young adults from a mix of immigrant communities, and *who have never been involved with gangs* themselves but are deeply committed to the well being of immigrant and low-income communities in Los Angeles. The organization is a model of civic participation by youth and new Americans.

More than that, Mr. Sanchez has successfully bridged a previously formidable divide between immigrant rights and gang prevention advocates by winning the trust and respect of older and more established Central American community leaders. Secondly, he has also been a leader in impressing upon criminal and youth justice organizations that they need to consider the specific vulnerabilities of immigrants to this country. Alex Sanchez is a mentor, a peacemaker, a bridge builder, and an educator. He is surrounded by people of all races, ethnicities and of all walks of life—people, who are deeply committed to him and to what his work symbolizes. Even more importantly, he is committed to them. He is also a deeply devoted father dedicated to showing his children, along with others, an alternative, peaceful and productive path through life.

Mr. Sanchez has proven himself to be a *vital asset* not a threat to his community. For all these reasons, I respectfully request that you grant Alex Sanchez's release on bail. I fully appreciate that this is not decision to be taken lightly. Please do not hesitate to contact me at ezilberg@ucsd.edu if you have any questions regarding this letter or are in need of further information. Thank you in advance for your kind consideration of my request to let Mr. Sanchez return to the safety and support of his family and community.

Respectfully,

*Elana Zilberg*

Elana Zilberg, Ph.D.
Associate Professor, Communication Department[*]
Associate Director, California Cultures in Comparative Perspective
University of California San Diego
Email: ezilberg@ucsd.edu


[*]Tenure granted May 2009, effective July1, 2009

LAW OFFICES

# MARTIN, ARIF & GREENE, PLC

CHARLES R. MARTIN  (1941-2008)
MICHAEL S. ARIF      *
MATTHEW W. GREENE  *

8001 BRADDOCK ROAD #100
SPRINGFIELD, VIRGINIA 22151

VOICE (703) 323-1200
FAX   (703) 978-1040

\* ALSO ADMITTED IN WASHINGTON, DC

DARLENE R. LANGLEY
MELISSA M. SANCHEZ

MGREENE@MNALEGAL.COM
DIRECT DIAL:  (703) 407-1892
DIRECT FAX:  (703) 995-0399

June 27, 2009

Honorable Alicia G. Rosenberg
United States Courthouse
312 N. Spring Street, Courtroom D
Los Angeles, CA 90012

Re:   **United States of America v. Alex Sanchez**
       Case No. 09-CR-00466

Dear Judge Rosenberg:

I write in support of Alex Sanchez and to request that he be released from incarceration prior to trial in his case pending before you.

Recently, Mr. Sanchez testified as an expert witness for a client of my firm in a criminal matter before the U.S. District Court for the Eastern District of Virginia. During the course of his extended involvement with this case prior to and during trial, I found Mr. Sanchez to be a reliable, honorable, and peaceful individual.

As I'm sure you are aware, Mr. Sanchez has obtained political asylum in the United States due to the multiple, life-threatening dangers that exist against him individually in El Salvador; his country of origin. Consequently, Mr. Sanchez can pose no flight risk simply because he has nowhere to flee. Moreover, Mr. Sanchez has significant ties to his community in Southern California that include his family, his colleagues at Homies Unidos where he serves as Executive Director, and the many disadvantaged youths to whom he acts as a role model.

Additionally, I can assure you that Mr. Sanchez poses no danger to the community. As you may know, Mr. Sanchez has devoted years of his life attempting to turn our youth away from gang involvement towards productive lives that contribute in a positive manner to our society. In short, Alex has firmly committed himself towards peace and against violence.

June 27, 2009
Page 2


        During the course of his detention hearing this coming Tuesday, I would encourage
you to ask Mr. Sanchez about the concept of "palabra." In his culture, one has "palabra" when
he follows through on the commitments he makes to others. Prior to retaining Mr. Sanchez as an
expert in our client's case, my firm investigated his reputation extensively. Without exception,
everyone with whom we spoke, every article we read, every source we researched - all
demonstrated that Mr. Sanchez is defined by his commitment to the concept of "palabra." Please
believe me when I tell you that when Alex gives you his word that he will abide by all conditions
of his release you can rely on him without hesitation. Please release Alex. He will not flee and
he will hurt no one.

        Thank you for your kind attention to this letter. Should you have any questions or
comments, please do not hesitate to contact me.

                                Very truly yours,

                                MARTIN ARIF & GREENE, PLC


                                Matthew W. Greene
                        By:_____
                                Matthew W. Greene

June 27, 2009

Honorable Alicia G. Rosenberg
United States Courthouse
312 N. Spring Street
Courtroom D
Los Angeles, California 90012

Re: Alex Sanchez Cr. 09-00466

Dear Judge Rosenberg,

I am writing to appeal to you to set bail in the case of Mr. Alex Sanchez. I have known Alex Sanchez for over ten years. I am proud to be able to call Alex a colleague and a friend. Alex and I have collaborated on many projects involving youth development.

As the Director of Homies Unidos, Alex spends countless hours focused on redirecting the lives of youth. His commitment to his community and to the youth he serves are incomparable. Alex is an outspoken community leader dedicated to maintaining peace in the community.

Alex and I worked together on Councilman Tony Cardenas' Advisory Community Engagement Committee. Alex was an essential part of strategizing and writing the first-ever Community Based Gang Intervention Model, which was adopted by the Los Angeles City Council last year. Alex's expertise in the area of gang intervention, in particular as it relates to the Central American Community, was a critical component in developing the Model.

Alex is knowledgeable, passionate, and unrelenting in his quest to achieve and maintain peaceful, healthy communities for our youth. I have seen him first hand work with the youth he serves and his compassion cannot be measured. He is a true asset to the community and to the movement towards peace.

I hope that you will consider these comments as you determine the issue of bail in Alex's case.

Should you have any questions please feel free to contact me at onyxsj@sbcglobal.net.

Thank You for your time and consideration,

Shelan Y. Joseph, Esq.

# LESLIE SULTAN, ESQ.

221 Vanderbilt Street, Apt. #1    Brooklyn, N.Y. 11218
Home: (347) 599-0602    Cell: (818) 268-9301    E-mail: sultanesq@gmail.com

Honorable Alicia G. Rosenberg
United States Courthouse
312 N. Spring Street, Courtroom D
Los Angeles, CA 90012

Re: Mr. Alex Sanchez Cr. 09-00466

Dear Honorable Judge Rosenberg:

Please accept this letter as a character reference for Alex Sanchez. I have known Mr. Sanchez since 2000, when I began my career as a Program Manager at a community based gang and violence prevention organization, Barrios Unidos, in Santa Monica, California.

I know Mr. Sanchez to be a reliable and dependable person. He is a mentor not only to the youth he serves through his renowned organization, Homies Unidos, but also to other organizers and community leaders, like myself, who are committed to assisting young people in their communities.

I also know Mr. Sanchez to be a family man. He has a wife and children who live in Los Angeles and to whom he dedicates his free time. Mr. Sanchez is a responsible, reliable man who would be a low flight risk because of his respect for authority and community.

I hope you will take these factors into consideration while presiding over Mr. Sanchez's hearing.

I appreciate your time and consideration in this matter.

Sincerely,

Leslie Sultan, Esq.

**Alexis Mazón**
**381 Adams Street, Apt. A**
**Oakland, CA  94610**
**520 390 1604**
**alexismazon@yahoo.com**

June 27, 2009

Honorable Alicia G. Rosenberg
United States Courthouse
312 N. Spring Street, Courtroom D
Los Angeles, CA 90012

Re: Mr. Alex Sánchez Cr. 09-00466

Dear Judge Rosenberg:

It is my privilege to write in support of my friend and colleague, Mr. Alex Sánchez. I have known Alex for the past eight years and am well acquainted with his work on behalf of immigrants and youth in the United States and El Salvador. I am currently employed as a labor educator at the University of California-Berkeley Labor Center and reside in Oakland, CA. I first met Alex at a conference on criminal justice reform shortly after graduating from law school. I was working with the Youth Law Center in San Francisco and began collaborating closely with Alex and Homies Unidos to explore ways we could provide legal and policy advocacy to support youth of color labeled as gang-affiliated by the California justice system. Alex helped us convene gang intervention specialists and civil rights attorneys in the Los Angeles area on an ongoing basis and imparted his vast knowledge and experience to significantly advance our work. More recently, I was honored to moderate a panel on which Alex spoke at the Critical Resistance Tenth Anniversary Conference at Laney College in Oakland last September. Alex eloquently addressed the important peacemaking work he and Homies Unidos have done over several years to build bridges between L.A.'s Latino and African American communities. I know Alex to be a person of high integrity, great intelligence, humility and respect for others. He has demonstrated, day in and day out over many years, an unflinching commitment to fight for human rights and social justice. Working in some of the most challenging conditions on the ground that any community organizer can face, Alex sets a noble and too rare example for us all.

I would like to take this opportunity to strongly urge the Court to grant bail to Alex. He represents absolutely no threat to society and no flight risk whatsoever. He is sure to attend all future proceedings of the court. Furthermore, I am greatly concerned for his safety in jail, as his critical peacemaking work makes him a target. Finally, his ability to mount a proper defense will be compromised if he is forced to remain in custody. I am confident that when and if the case against him is presented to an impartial jury of his peers, Alex will be found not guilty and once again be able to resume his invaluable work in the community. Thank you very much for your kind consideration of my letter. Should you have any questions regarding my knowledge of and work with Mr. Sanchez, or any other matter, please do not hesitate to contact me.

Sincerely yours,

Alexis Mazón, J.D.

# PITZER

A MEMBER OF THE CLAREMONT COLLEGES

1050 North Mills Avenue
Claremont, CA 91711-6101
(909) 621-8000

June 27, 2009

Honorable Alicia G. Rosenberg
United States Courthouse
312 N Spring Street, Courtroom D
Los Angeles, CA 90012

Re: Mr. Alex Sanchez
Cr. 09-00466

Dear Honorable Judge Rosenberg:

I am writing in strongest support of Alex Sanchez, whom I have known since 2002. I am a professor of Anthropology and Environmental Studies at Pitzer College in Claremont, an my research involves the study gangs and urban life. While there is much to say in that regard, the focus of this letter is on Alex as an individual.

Alex Sanchez is a person of impeccable character and commitment to the community. He has worked for years at much sacrifice to himself and his family to make it possible for people from opposing gangs to communicate openly with one another and to begin the process of leaving the gang life behind. Alex's family is here; he was granted asylum previously and he continually serves as a positive, anti-violence role model for others. Because of his anti-gang work, Alex is deeply rooted with his family and the community to which he has given so much of his personal energy. In no way does he represent a flight risk.

I write with much hope that the court takes into account the significant contributions of this remarkable individual to the troubled community of Pico-Union and beyond. Alex has been a guest speaker at Pitzer College several times for my courses. Each time, he was a gracious and articulate guest who welcomed questions from my students. During the many years I have known him, I have never once doubted his commitment to the cause of non-violence, and I have witnessed firsthand the many ways that he manifests this commitment on a daily basis. Whether it is in publicly honoring those with whom he has collaborated, or in bringing 18th Street or MS gang members to tattoo removal appointments, Alex's dedication to a better future is as unusual as it is transformatory to those with whom he works.

Sincerely,

Professor Susan A. Phillips, Ph.D.
Department of Anthropology and Environmental Studies
323.899.7862

Sandra Luna

1701 South Normandie Avenue

Los Angeles, CA 90006

June 27, 2009

Honorable Alicia G. Rosenberg

United States Courthouse

312 N. Spring Street, Courtroom D

Los Angeles, CA 90012

Re: Mr. Alex Sanchez Cr. 09-00466

Dear Judge Rosenberg:

I am honored to write a letter in full support of my friend and colleague Mr. Alex Sanchez. I have known Mr. Sanchez for 17 years and I am well acquainted with his work on behalf of the Latino community in Los Angeles and El Salvador.

I met Alex at a time in which our community of Pico Union was experiencing a large influx of gangs. We met through a mutual friend and from the start I was very interested in his work in our community. I admired his dedication and perseverance. At this time he was working on improving his life and the lives of others. I knew that this work was desperately needed in this area; we had very few options for our youth. During this time he was helping the youth and having weekly meetings at the United Presbyterian Church, we had many long discussions about his hopes and aspirations he had for our community, the youth and his country. He was very passionate about educating students about the importance of loving themselves. I learned and saw firsthand that he was genuinely interested in helping the youth find alternative opportunities other than gangs. He helped by mentoring them and offered his own experience as an example of why they shouldn't go down this path.

As the years passed he was able to overcome many personal obstacles and succeeded in creating a non profit that would provide much needed services- Homies Unidos. I have been a supporter of this organization as well as an active donor since its inception. I believe strongly in

the work he has been doing, advocating for human rights, immigrant rights, and most importantly helping those individuals that have been forgotten and ignored by society.

His work speaks volumes; his leadership in our community has been a catalyst for the policy changes in our city. He has worked tirelessly to help so many in need. As an immigrant with very few recourses growing up, he is an example of what can happen to a person if they are given a chance to change their lives around. He is a great example for many who have been incarcerated. He is a perfect example of what we can do with so many individuals who are also in this dire situation. He has made a difference in his life and in the lives of countless others he has encountered in the past 15 years.

In 2007 we both were selected to be part of a South Central Leadership Fellowship through SANBI, this opportunity allowed me to learn about his current goals on both a personal and professional level. I was so impressed by his strength and dignity, his plight to change our world and make it a better place for all of us.  This road has not been easy but he has made it happen regardless of all the challenges he's encountered.

These last two years Alex and his colleagues have also helped my own students by being a speaker in my classes at Roosevelt High School and Los Angeles Trade Tech College. The students have listened to his experience and have always commented that he has been one of my best guests.  I would like to continue to bring him to my classes, my students can relate to him since many come from neighborhoods with the same social ills he experienced as a youth in the inner city.

I am aware of the indictment of Alex, and am at this time greatly concerned for his safety, as his critical peacemaking work makes him a vulnerable target. PLEASE, I strongly recommend that Alex be released on a reduced bail for his own safety.

If you have any further questions please contact me at 310 749-9010. Thank your for your time to read this letter.

Sincerely,

Sandra Luna

Los Angeles Trade Tech College Adjunct Instructor

# Celeste Fremon

*20561 Cheney Drive, Topanga, CA 90290,*
*(310) 455-1389, (310) 455-0024 - fax*
*celeste@witnessla.com, www.witnessla.com*

June 28, 2009

Honorable Alicia G. Rosenberg
United States Courthouse
312 N. Spring Street, Courtroom D... Read More
Los Angeles, CA 90012

Re: Mr. Alex Sanchez Cr. 09-00466

Dear Judge Rosenberg:

I am writing with regard to Alex Sanchez whom I first got to know nine years ago in the course of my work as an author and journalist reporting on gangs, juvenile justice, and incarceration policy. I originally met Mr. Sanchez in a professional capacity but over the years, as my respect for him and his work grew, I came to consider him a friend.

His positive contributions to the gang-troubled communities of Los Angeles are many and varied. For instance, I have spoken to high school principles who have explained to me in detail the difference that Mr. Sanchez and his organization, Homies Unidos, made in the lives of at-risk students who were desperate for a voice that could guide them away from their slide into the dead-end world of gangs. Alex Sanchez provided that voice. Similarly, I could cite a dozen other examples of how Mr. Sanchez has made significant contributions the health and well being of the communities in which he lives and works.

I have reported on gangs for nearly 20 years and have pretty much seen it all---the good, the bad, the noble and the terribly disappointing, redemption and life-shattering tragedy. Yet, I can say without hesitation or qualification that I believe unequivocally in Mr. Sanchez's character and his worth to the city of Los Angeles and beyond.

For the above reasons, I feel sure that any consideration you could possibly afford Alex Sanchez would not be misplaced.

Sincerely yours:

Celeste Fremon

Senior Fellow, USC Annenberg Institute of Justice and Journalism
Adjunct Professor, Annenberg School of Journalism
Visiting Lecturer, University of California, Irvine
Editor, WitnessLA.com

1

June 27, 2009

This letter is written in behalf of Alex Sanchez. My name is Rossavel Sanchez, and I am Alex Sanchez's youngest and only sister of four. I don't know where to start but to say that if anybody I was the hardest on Alex when he got into gangs, because deep down inside even though I was just a little girl I knew he had the potential to be something greater in life and he has proven me right, he became the brother I look up to. In 1994 when Alex knew his first son was born, my brother dedicated himself to this boy, where other men run away he faced the reality of being a father and not just a father but a mother to his son, my brother had become a single father. He worked long shifts to support him and soon after he joined Homies Unidos which would change his life.

Alex has been a great influence in my life, he knew he wanted better for his siblings and encouraged all of us to stay in school and to better ourselves. When I graduated High School I knew Alex expected me to go to College, he was a great part in my decision to become a teacher and work with children. He would always say how our children are important and society needs educators that are willing to go an extra mile. My brother has made me proud, and continues to do so, he has great influence in all the families children, he plans trips to colleges with them, takes them to ball games, and has even helped some of their friends to make very wise decisions and not opt to join gags. Alex is not a threat to the community and has everything to stay for, he is a dedicated father, husband, son, uncle, and brother, he is an essential part of our family.

Currently one of Alex's brothers (Juan Sanchez) is fighting cancer, and on June 4th received liver surgery, he had just returned home a couple of days before Alex was taken away, that same day on June 24th he was taken to the emergency room, and admitted into the hospital where he is currently under observation. My brother Alex is needed by the family during this time and is a factor to my brother Juan's relapse and recovery. I ask that Alex is able to post bail, during this trial, to be with his brother and his family, he is no threat to the community or family or a flight risk, I know that he will make all his court appearances, because the family and community will do so as well.

Sincerely,

Rossavel M. Sanchez

3151 Social Science Plaza
Department of Anthropology, UCI
Irvine, CA  92697-5100

Honorable Alicia G. Rosenberg
United States Courthouse
312 N. Spring Street, Courtroom D
Los Angeles, CA 90012

June 28, 2009

Re: Mr. Alex Sanchez Cr. 09-00466

Dear Judge Rosenberg:

I am a Salvadoran-born, U.S. trained sociologist and University of California President's
Postdoctoral Fellow at the University of California, Irvine. In this capacity and through my
research and participation in the Latino immigrant community, I have become familiar with the
important work that Mr. Sanchez and Homies Unidos does with young people in the inner cities,
both in and out of gangs. I have seen and heard Mr. Sanchez talk about his work and promote
peace at various community and university events. He is a well-recognized and well-respected
member of the community, and a great inspiration to many of the young people who hear his
story.

Most recently, I am aware of his participation in various presentations to university students who
are members of the Salvadoran University Student Union (USEU) throughout the University of
California campuses. He has conducted workshops to explain the history of the non-profit he
leads, Homies Unidos, and to bring light to the struggles of troubled youth. Most importantly, he
encourages the university students to make service to the community their personal missions. I
have witnessed how much this information empowers and motivates those in his audience.

Based on his tremendous contributions to the city of Los Angeles, and especially to the most
vulnerable and forgotten members of our society, I hope that you will consider granting Mr.
Sanchez bail.

Thank you for your consideration. If you have any further questions, please feel free to contact
me.

Sincerely,

*Leisy Abrego*

Leisy Abrego, Ph.D.

DEPARTMENT OF SOCIAL WELFARE
SCHOOL OF PUBLIC AFFAIRS     325   Public Policy Building   Box 951656, Los Angeles, CA 9  095-1656

Honorable Alicia G. Rosenberg
United States Courthouse
312 N. Spring Street, Courtroom D
Los Angeles, CA 90012

Re: Mr. Alex Sanchez Cr. 09-00466

June 26, 2009

Dear Judge Rosenberg:

I am writing in response to the arrest of my professional colleague and friend, Mr. Alex
Sanchez. I have known Alex for over seven years. I first worked professionally with
Alex when we appeared on several panels on "Gang Violence and Intervention" that were
held throughout the Los Angeles community. Based on our conversations and joint
presentations, I invited him to appear as a guest speaker in several of my undergraduate
and graduate courses in Social Welfare at UCLA where I have served as a faculty
member for the past seventeen years. Alex and I then began working together more
closely after I was appointed a policy advisor on gangs first for Los Angeles Mayor
Antonio Villaraigosa and then for Los Angeles County Sheriff Lee Baca. We served on
several citywide and countywide task forces, writing reports and testifying at public
hearings. All of these professional endeavors afforded me the opportunity to spend a vast
amount of time with Alex and to come to know and respect him as a community leader
and as an individual.

I am well aware of the extent of his commitment to the Latino community in Los Angeles
and El Salvador. Mr. Sanchez is one of the foremost peacemakers and community
workers in the United States, specializing in defusing gang conflict and fostering
individual development *away from gangs*, particularly at the transnational level. His
personal commitment to change and education in this area is impossible to duplicate. It is
also important to note that Alex Sanchez has faced great danger and uncertainty, whether
in his individual efforts or in his leadership of the organization Homies Unidos. Despite
the threat to his own life, his efforts at rebuilding identities and working in Los Angeles
schools has been a significant component of anti-gang efforts in the Los Angeles
community. Those of us who work in any aspect of anti-gang programming – whether
in the streets, in policy or in research endeavors – consider Mr. Sanchez a beacon of hope
and a source of knowledge that can never be replaced. His personal integrity is beyond
reproach and I have grown to consider him a trusted friend as well as a professional
colleague.

In addition to the professional endeavors noted above, I have an unusual perspective in terms of the charges brought against Mr. Sanchez. My husband, Mark Leap, is a retired Deputy Chief who served for 37 years with the Los Angeles Police Department. Along with this, since 2003, I have served as a specialist reserve officer with the Los Angeles Police Department. Because of this, I have an enhanced view of the inner workings of law enforcement – their strengths and weaknesses. I have learned that there is often a lack of understanding about the functioning of gangs in general and MS-13 in particular. On the basis of my internal knowledge, I have serious concerns about the charges brought against Mr. Sanchez by the FBI and the dangers posed by his being detained in a Los Angeles County jail facility.

I am aware that the Court will render a decision on granting bail to Mr. Sanchez and that you must determine if his release would constitute a flight risk. In both my professional and personal opinion I would not hesitate to grant Mr. Sanchez bail, as he represents absolutely no threat to society or to the future proceedings of the court. I trust Mr. Sanchez and believe him to be an individual of great courage and great character.

I thank you for considering my concerns in this matter and would ask that if you have any questions regarding my relationship with Mr. Sanchez or any other matter of relevance that you contact me at your earliest convenience.

Sincerely,

Jorja Leap, Ph.D., M.S.W.
Adjunct Professor
UCLA School of Public Affairs
Department of Social Welfare
3250 Public Affairs Building
Los Angeles, CA 90402

310.206.6170
310.418.4150
jleap@ucla.edu

# EAST LOS ANGELES COLLEGE

ERNEST H. MORENO
*President*

1301 Avenida Cesar Chavez
Monterey Park, California 91754-6099

323 265-8650



June 27, 2009

Honorable Alicia G. Rosenberg
United States Courthouse
312 N. Spring Street, Courtroom D
Los Angeles, CA 90012

Re: Mr. Alex Sanchez Cr. 09-00466

Dear Judge Rosenberg:

With deep concern I learned about this week's arrest of the Homies' Unidos executive director Alex
Sanchez. I have met Mr. Sanchez during community events I attended as a researcher and educator who
is involved with Los Angeles Latino community. I was impressed by Mr. Sanchez' commitment to
Central American youth in the United States and El Salvador and his fight for a better future and
opportunities of former gang members. Furthermore, I met him as a loving father and husband.

I witnessed Mr. Sanchez's activism, his relentless involvement in community matters and his fight for
peace among gang members in the Central American community. Through my personal encounters with
Mr. Sanchez it is difficult to believe that he is still an active MS-13 gang member who is involved in drug
business and violence towards others. As I have experienced Mr. Sanchez, his activities have moved into
an arena of community organizing and assisting Central American youth in Los Angeles to find
alternatives to gang life.

I hope deeply that he will receive bail that he can stay with his wife and children until his case is heard.

Respectfully,

Gabriele Kohpahl, PhD
Anthropology Instructor
East Los Angeles College
kohpahg@go.elac.edu

June 26, 2009

Honorable Alicia G. Rosenberg
United States Courthouse
312 N. Spring Street, Courtroom D
Los Angeles CA 90012


Re: Mr Alex Sanchez Cr. 09-00466

Dear Judge Rosenberg:

I have known of Alex Sanchez and Homies Unidos over several years. I have been deeply
impressed by Alex's work in the area of transforming former gang members' lives
through various programs. Last January I had a series of meetings with Alex Sanchez and
I was further impressed by the work he does in this area. I have dedicated this summer to
conducting research with Homies Unidos. I currently reside and work as a senior
university lecturer in the U.K.  In spite of the distance, I am very keen on conducting
research and working with Homies Unidos with regard to gaining a further understanding
of work which helps in changing people's lives for the better and have made
arrangements to spend the summer in Los Angeles. Homies Unidos is a unique
organization which serves the Central American immigrant community on many different
levels, from self-transformation to the raising of political consciousness.  I believe as
many others do that Alex has helped restore and change gang members' lives through
intervention. I have seen through the research that I have already conducted how the
tattoo removal program facilitated by him and Homies Unidos has helped transform
many people's lives who wish to escape being permanently branded by their past
negative associations. Alex Sanchez's potential absence from the community he served
so very diligently can only be understood as a major loss.

Sincerely,

Fazila Bhimji

Fazila Bhimji, Ph.D.
Senior Lecturer
Faculty of Arts, Humanities, and Social Sciences
University of Central Lancashire
U.K.

Miami, Florida
347-524-3374
Nadin1@onebox.com

Honorable Alicia G. Rosenberg
United States Courthouse
312 N. Spring Street, Courtroom D
Los Angeles, CA 90012

Re: Mr. Alex Sanchez Cr. 09-00466

Dear Judge Rosenberg:

I have known Alex since 2004 when we met at a conference in New York.  Back then I
was the Co-Director of Families For Freedom, a multi-ethnic network of Families Facing
Deportation.  Since then, I have had the opportunity to work with Alex on Community
Education projects.  I have seen him at work in community information workshops, youth
workshops, symposiums, etc.

Let me tell you that I do not know of a man that approaches his work with as much
integrity, sincerity, and care for his community.  His ability to work with youth is
electrifying.  His capability of transforming lives is incredible.  Beyond that, his ability to
transform the way we think about things is incredible.

It was Alex that helped me understand the importance of engaging law enforcement in
our Social Justice work.  It was from him that I saw that dialog with law enforcement on
social justice issues was important for the best interest of our communities.

Your Honor, in summary, it would be hard to find a person who has done more for their
community, especially with regards to gangs and gang violence as Alex.  I ask that you
take his integrity, depth of work, and sincerity into consideration when you are
determining his bond.

Sincerely,

Subhash Kateel, MSW

June 28, 2009

Honorable Alicia G. Rosenberg
United States Courthouse
312 N. Spring Street, Courtroom D
Los Angeles, CA 90012

        Re: Mr. Alex Sanchez, Cr. 09-00466

Dear Judge Rosenberg:

I am writing on behalf of Alex Sanchez, whom I have known for many years to be a man of compassion, integrity, courage, and good judgment, to ask that you grant him bail on the charges currently against him.

I write also in the name of my late husband, Saul Niedorf, M.D., an adolescent psychiatrist whose work as an expert witness in cases involving youthful offenders, many of them gang-related, is well-known and highly respected throughout the Court systems in Los Angeles.

Saul knew Alex very well, having worked with him on a consultative basis when he needed psychiatric input regarding individuals he was trying to divert from gang activity. Saul had great respect for Alex and his work, and held him in high esteem.

Because Alex is a calm, mature, intelligent person who believes that justice will ultimately prevail and has many friends and considerable support in the Los Angeles community, I do not believe him to be a flight risk. I respectfully request that you grant his release on bail.

If you have any questions please do not hesitate to contact me.

Sincerely yours,

Anne Marie Staas Niedorf
Anne Marie Staas Niedorf

176 N. Highland Avenue
Los Angeles, CA 90036
(323) 935-0101

amsandsn@ucla.edu

# JOSEPH MAIZLISH, M.A., M.F.T.

*counseling ● mediation ● consultation ● training*

June 29, 2009

Hon. Judge Rosenberg
Federal District Court
Central District of California
Los Angeles

Re: Bail for Alexander Sanchez

Dear Judge Rosenberg,

I have known Alexander (Alex) Sanchez for about eight years and worked with him as a
volunteer supporter of Homies Unidos for two years as a licensed California Marriage
and Family Therapist assisting families to cope with the stress of having youths in
detention and deportation proceedings.

Many youth and families have and are benefitting from the projects Alex founded and
leads; he has inspired many staff and volunteers. I know personally one young man who
has rebuilt his life for peace with Alex' help. There are hundreds of others.

I hope Your Honor will consider Alex' ties to hundreds and even thousands in the L.A.
community and that those ties will enable you to set a bail which will respect both the
seriousness of the charges AND the strong ties between Alex and the community.

Sincerely,

Joseph Maizlish, M.A., M.F.T.
2436 Armstrong Ave.
Los Angeles, CA 90039
(323) 252-4845
goodwork@igc.org

Lic. # MFT 28577   2436 Armstrong Ave., Los Angeles, CA 90039-3201   (323) 660-4992

Honorable Alicia G. Rosenberg
United States Courthouse
312 N. Spring Street, Courtroom D
Los Angeles, CA 90012

June 26, 2009

Re: Mr. Alex Sanchez Cr. 09-00466

Honorable Judge Rosenberg;

My name is Yolanda Santoyo. I am a social worker for 10 years and a friend of Mr. Alex Sanchez. I respectfully write you this letter in full support of Mr. Alex Sanchez whom, I have known for 10 years as well. My work involves working with youth at risk where my constant struggle is to help educate and guide these young adults into mainstreaming and becoming productive citizens. As much as I would want to go into details, I just want to express that working against all odds to save our children from the claws of gang predators, crime and addictions is not easy. My respect goes to all those that go into this battlefield just like Mr. Alex Mendoza for I know it involves risking all you have to help others.

I am honored to be a friend to Mr. Alex Sanchez. I knew of Mr. Sanchez through his work in the communities of Pico Union, Westlake, Los Angeles and Korea town many years before I physically met him. I learned about his work in Homies Unidos and the amazing changes that he made on individuals, families and community, especially those individuals that were at some point in their lives involved in gang activities. Alex is an asset to our society by ensuring preventive services to the youth and young adults that so much need this support.

Honorable Judge, Mr. Alex Sanchez is a role model and a true asset in our communities. Through Mr. Alex Sanchez commitment and dedication in the community, I learned that youth at risk can be saved, supported and guided to a better life style. I learned that we all can make a difference in someone else's life.

I am aware of the indictment of Alex. If he was to go to jail, the predators that he so much took the pray from would not he too happy. A man as honorable as Mr. Sanchez must be protected and permitted to return to society to continue with the journey that he so much loves, and help save our youth from gang involvement, drugs and violence.

If there is anything that I can be of assistance, please do not hesitate to contact me immediately at (323) 388-8133 or at yolanda.santoyo@sbcglobal.net .

Sincerely,

Yoldanda Santoyo
Social Worker and Youth Advocate

# S.T.R.O.N.G. Youth, Inc.

**STRUGGLING TO REUNITE OUR NEW GENERATION**

Mailing Address: P.O. Box 4062, Garden City, New York 11531- 4062
Office Address: 21 W. Columbia St, Hempstead, New York 11550
Telephone: 516-408-3798
Facsimile: 516-478-4271
E-mail: STRONGYOUTHINC@GMAIL.COM
Website: www.STRONGNATION.org *(Coming Soon!)*

**B O A R D   O F   D I R E C T O R S**

Aldo DePaz          William Herrera
*Chairperson*        *Vice Chairperson*
Alan Bonilla

Sergio Argueta
*Executive Director*

Honorable Alicia G. Rosenberg
United States Courthouse
312 N. Spring Street, Courtroom D
Los Angeles, CA 90012

June 26, 2009

Dear Honorable Alicia G. Rosenberg:

My name is Sergio Argueta and I write this letter from the opposite coast of our nation hoping my words may lend some type of assistance to my great colleague Alex Sanchez. I have taken the liberty of providing you with a copy of my biography, which lists most of my credentials. My name is Sergio Argueta and I am regarded as one of the leading Gang Intervention/Prevention Specialists throughout the Northeast Region. I have been involved in this work for the past nine years and along the way I have met incredible individuals who have done amazing work around the issues of violence prevention, especially with respect to gangs. Amongst the hundreds I have met nation wide, there are a handful that genuinely stand out. Amongst those is Alex Sanchez, Executive Director of Homies Unidos.

I never met Alex as a gang member. I do not know the individual who committed crimes in his youth, and engaged in illegal activity. The Alex I know is one who opened his doors to me in California when I decided to travel to the West Coast and see what gang prevention/intervention strategies were most effective. He was the one who provided me with materials, curriculums, and knowledge without hesitation; sharing his expertise in an effort to assist me in saving youth in New York. The Alex Sanchez I know is the gentleman who has been out to New York twice without pay. The first time to serve as a keynote speaker at a conference where Schools, Law Enforcement, Clergy, and Community Based Organizations were not only learning about the devastation caused by gangs and gang violence, but most importantly solutions to this social plague. The second time, he served as the keynote speaker at a Community Empowerment March, denouncing violence on our streets. He is a man of peace, principles, and most importantly conviction.

Your Honor the laws of our nation allow any individual who is charged with a crime to defend themselves against allegations. The presumption of innocence until proven guilty is not a privilege in our nation, it is a right and it is for this reason that I write this letter.

Your Honor, Mr. Sanchez has helped save thousands of lives. He has done this not only in his immediate community, but across the nation, and internationally. I ask you to afford Mr. Sanchez the opportunity to defend himself against these allegations to the best of his ability. In order to do that, Alex needs to be able to acquire proper legal representation, and most importantly prepare properly. This proves to be extremely difficult while in custody. It is for this reason that I implore you to provide Mr. Alex Sanchez with a bail that could be met by someone of his meager economic status. As an individual that runs a not for profit organization I could attest to the financial gains made in this field; a lot of work, pain and sadness, including frustration; met by a living wage when funds are available. Mr. Sanchez has put the cause of non-violence ahead of economic interests, making it difficult to acquire assets and the finances to post a high bail.

Your Honor please provide Alex with the opportunity to defends himself as best he can. In this case I ask you to take into account the hundreds of youth that have left gang life because of this man. I want you to think of the families he has assisted through grief counseling because their young are either incarcerated or deceased as a result of gangs. I want you to think about the thousands of youth that have been prevented from joining gangs because of his inspiring message and words of hope. Now I ask you to think of a value that could be placed on those achievements and consider that as some type of collateral.

If I were a resident of your state, I would be expressing these words in person, unfortunately I am not. If I were a wealthy individual that had the resources to meet his bail, I would do so without second thought because I know Mr. Sanchez is a man of principle; but I am not. The only resource I have at this time, are these words. Mr. Alex Sanchez is not a flight risk because he truly understands how important this case is. This case is not just representative of him; it is representative of thousands of individuals who work in a field providing hope where there is none.

Your Honor in closing I hope these words have been of assistance in providing you with insight as to who Mr. Alex Sanchez is. He is more than a file of accusations. He is more than the charges being leveraged against him. He is a message of hope, inspiration, and peace in our community. Should you need to reach me for any reason please feel free to contact me at my office 516-408-3798 or via cell at 516-408-3798. I look forward to hearing that justice in this case will prevail, and it all begins with this extremely critical hearing.

Sincerely & Respectfully,

Sergio Argueta, M.S.W.
Executive Director & Founder



# Sunrise Community Outreach Center

2105 Beverly Boulevard, Suite 219, Los Angeles CA 90057    Phone: 213.483.2655   Fax: 213.483.2659

June 26, 2009

Honorable Alicia G. Rosenberg
United States Courthouse
312 N. Spring Street, Courtroom D
Los Angeles, CA  90012

    Re: Mr. Alex Sanchez Cr. 09-00466

Dear Judge Rosenberg:

I first met Alex Sanchez in 2002, and have worked with him extensively since that time.  I am the Executive Director of Sunrise Community Outreach Center, a 501(c)3 organization which specializes in laser tattoo removal, employment counseling, and life skills training for marginalized youth and adults.  I have worked a great deal with Homies Unidos, both before and during Alex Sanchez' tenure as Executive Director, and the agency has grown and flowered under Alex's direction.  I am grateful to Alex for introducing me and the work we do to others in nonprofit and gang intervention circles, and for his constant willingness to teach and to share.  I consider him a good friend, and I have the highest regard for him.

On any occasion when I approached Alex for help in mentoring a youth, he always gave generously of his time, even though he was constantly besieged by requests for assistance.  He is well-known and respected for his peacekeeping work, his GED programs, his work within LAUSD, the Epiphany Program which taught life skills, and his work towards policy reform at the local and national levels.  All of his efforts in these areas and more have bettered the community immeasurably and reduced violence at the individual, family, and community levels.

He did this work at great personal sacrifice.  Nonprofit work is never well paid and Alex lived very simply, although his work involved long hours and constant pressure.  He sometimes attended meetings with one or all of his children in tow, or with a neighborhood youth who he thought would benefit from a look inside City Hall or a chat with some community leaders.  Recently, he has done without benefits such as health insurance in order to preserve jobs for his staff during the recession.

I hope that your Honor will take these factors into account in assigning Alex Sanchez a reduced bail.  Alex has done an enormous and immeasurable amount of good in the community and deserves the right to clear his name.  He is a devoted husband and father and is absolutely not a flight risk.  In addition, the damage done to the morale of us all in the nonprofit and gang intervention worlds, as well as the Central American communities that Alex devotedly served, will be compounded if Homies Unidos as an organization does not

survive these events.  Homies Unidos needs Alex Sanchez' direction to steer it out of the difficult times brought on by both the recession and these recent allegations.

I intend to provide Alex Sanchez with assistance to clear his name in whatever capacity I can, both personal and professional.  Everyone with whom I have discussed this situation who knows Alex personally feels the same.  We know him to be a righteous and upright man. We all believe strongly that, given the opportunity, he will be able to prove his innocence and will ultimately be exonerated.

If I can provide any further information, please do not hesitate to contact me at any time at (213) 483-2655.  Thank you so much for your time and careful consideration of this case.

Sincerely,

Rosemarie Ashamalla, Ph.D.
Executive Director

# Khmer Girls In Action

1355 Redondo Ave. Suite 9 • Long Beach, California 90804 • Phone (562) 986-9415 • Fax (562) 986-9416

June 26, 2009

Honorable Alicia G. Rosenberg
United States Courthouse
312 N. Spring Street, Courtroom D
Los Angeles, CA 90012

Re:   **Letter of Support**
      **Mr. Alex Sanchez Cr. 09-00466**

Dear Judge Rosenberg:

We are writing this letter on behalf of Khmer Girls in Action (KGA) to support Mr. Alex
Sanchez's release on bail. We strongly urge you to release him on a low bail based on his
extensive ties to the community and his long history of community work.

KGA is a community based organization whose goal is to contribute to the movement for social,
economic, and political justice by building a strong, progressive, and sustainable community
institution led by young Southeast Asian women and girls. KGA has collaborated with Alex and
Homies Unidos since 2006. We have participated in immigrant rights coalitions, workshops,
conferences, and press events with him.

Even before we began working with him, KGA had been aware of Alex's reputation and work
for almost a decade. He is well-known for his tireless leadership and advocacy on behalf of
youth and immigrants. He has dedicated himself and Homies Unidos to working towards a
community without violence and justice for all marginalized people.

KGA and Homies Unidos work with a similar population – immigrants who live in low-income
areas where they and/or their family members are exposed to gangs.  It is rare to find people
who are willing to advocate for former and current gang members, and Alex is one of those rare
people.  Through joint events we have been able to work directly with Alex. We have spent
countless hours with him in meetings, phone calls, and at events.  Through this work we can say
without hesitation that he is a peaceful, compassionate, and generous person.

Alex has extensive ties to the Central American community, community organizations, legal
advocates, politicians, and the media.   This makes his very unlikely to be a flight risk.

Alex is committed to violence prevention and intervention both personally and professionally.
He is an example of a person who has turned his life around and become a peacemaker.  He
presents no danger to the community at all.

For these reasons, we strongly support Mr. Sanchez's release on a low bail.   If there is any additional information that we can provide, please contact us at (562) 986-9415.

Sincerely,

Shiu-Ming Cheer
Advisory Board Member

Suely Ngouy
Executive Director

*Fighting for Social Justice Throughout the Americas!*

# Committee In Solidarity
# with the People of El Salvador

*Mobilizing to defend human rights & labor rights ★ Challenging corporate-driven globalization*
*★ Supporting an alternative, people-centered model in El Salvador ★*
*Building the movement for social & economic justice in our local communities*

Honorable Alicia G. Rosenberg
United States Courthouse
312 N. Spring Street, Courtroom D
Los Angeles, CA 90012

Re: Mr. Alex Sanchez Cr. 09-00466

June 26, 2009

Dear Judge Rosenberg:

I am writing in regards to Alex Sanchez, who I have worked with over the past four years in my capacity as the executive director of the Committee in Solidarity with the People of El Salvador (CISPES). Alex has long been a close partner of CISPES and other non-profit organizations working to better the lives of Salvadoran youth, both in El Salvador and in the United States.

Alex and I first met during a visit to Los Angeles in 2005 and I was immediately impressed by his passion for the work of social justice and his calm, wise demeanor in discussing and presenting challenging issues publically. I had heard about Alex and the work of Homies Unidos from Don White, the coordinator of the CISPES chapter in Los Angeles. (Don passed away in 2008 at the age of 71; he was a long-time community leader, loved and respected by many people in Southern California.) Don had always spoken highly of Alex and insisted that he was someone I should develop both an organizational and personal relationship with.

Since then we have met up at various conferences and events. I attended a workshop Alex led at the 2008 Critical Resistance conference in Oakland and was once again impressed by his commitment to the work of justice and peace. His humility was also notable given that he had become such a well-know gang expert; on this occasion, he sat with a small group of us and took the time to talk through recent events in El Salvador. Unfortunately I was unable to represent CISPES at the Homies Unidos 10-year anniversary shortly thereafter, but CISPES took the occasion to publish an ad honoring Alex and Homies for the valiant work they have done to combat violence in Los Angeles since 1998.

Alex has not only worked to improve the lives of youth and former gang-members; he was also part of organizing massive immigrant rights marches and rallies in recent years as part of a commitment to bring about a just immigration reform in the United States. I know that as long as Alex is free to do so he will continue to be an engaged community leader in Southern California, someone who deeply understands the needs of poor and marginalized communities, and commits to help those struggling for a better life.

Sincerely,

Michael Burke Stansbury
Executive Director, the Committee in Solidarity with the People of El Salvador (CISPES)

New National Office Address: 1525 Newton Street NW, Washington DC 20010 ★ (202) 521-2510 (voice)
★ (202) 332-3339 (fax) ★ cispes@cispes.org ★ www.cispes.org

June 28, 2009

Honorable Alicia G. Rosenberg
United States Courthouse
312 N. Spring Street, Courtroom D
Los Ángeles, CA 90012

Re: Mr. Alex Sanchez Cr. 09-00466

Dear Judge Rosenberg:

I am honored to write this letter in full support for Mr. Alex Sanchez, whom I have known for the past 12 years through community involvement and early this year as a co-participant in a "Fast for the Future" event. I am currently the executive director of IDEPSCA, a non-profit community-based organization in Los Angeles, CA. I have lived most of my life in Los Angeles.

I first met Alex through community trainings in relationship to the peace movement, specifically with ex-gang members. It was through Alex that I first realized that young people had a chance to change their lives, from a violent experienced to a peaceful one. I also became aware of the judicial system in relationship with the immigrant status of young people. I became aware how critical it is to make the two systems relate so that our country can live up to its ideals of fair and just country.

As we have grown older, we have crossed paths several times. And during the "Fast for the Future," Alex supported our efforts and stayed in our encampment several days. The fast lasted 21 days, whose purpose was to call attention for citizens to register to vote and vote for a candidate of their choice. Alex stood his ground and always showed love for those of us who fasted for this noble cause. It was a wonderful experience to see Alex with his family staying with us.

As a community member of this city, I am very proud to be a friend and colleague of Alex. His community work exemplifies a selfless leader struggling to end violence in our city. His vision of a peaceful society is evident by his tireless activities which I am sure had saved many lives.

Based on my observation and close relationship with Alex, I believe that whatever he did in his youth as a gang member, since then he has repented. His life turned around not only as a regular and responsible adult, but as an active participant in civil society. I know if he were released on bail, he would not leave this country. His family, his community and his friends need him and he needs us. His imprisonment at this present moment is a loss to our community.

I therefore ask your Honor to allow Alex to be released on a reduced bail for his own safety. Should you have any questions please contact me at 213-252-2952.

Sincerely,

Raúl Añorve
4401 Berkshire Ave.
Los Angeles, CA 90032

**MAXIMUM FORCE ENTERPRISES**
(Violence Reduction through Pro-Active Instruction)

June 25, 2009

Honorable Alicia G. Rosenberg
United States Courthouse
312 N. Spring Street, Courtroom D
Los Angeles, CA 90012

Re: Mr. Alex Sanchez Cr. 09-00466

Dear Judge Rosenberg:

With the utmost respect I write this letter in full support for Mr. Alex Sanchez, an individual I
have known through his outstanding community work as well as his organization comprehensive
efforts to eliminate gang violence throughout the City & County of Los Angeles. I have been
involved in Community Intervention and Violence Abatement work for over thirty years, have
instructed high risk youth and gang intervention specialist since 1980, trained fire fighters /
emergency for decades.  During this work is where I first met Alex, numerous times when I
needed expertise in areas related to the Central geographical areas of Los Angeles, Alex was
the person I always called and depended on to provide me with what I needed. Alex never let
me down! I have been in many street mediations, sat on a variety of anti-violence panels, and
walked the streets on numerous occasion side by side with Alex, all I can say is he's the real
deal.

In all the time I have know Alex Shancez he has showed the highest degree of intergrity and
commitement related to the work he has attempted to do. Alex's ability to motivate, empower, &
redirect the negative thinking process of youth and young adults alike has been matched by few
in this line of work.  I have always been impressed by Alex's down to earth ability to get through
and mentor high risk youth while providing them with hope, vision, and the ability to envision a
brighter future for themselves. Alex shows this same responsiveness when dealing with his own
children and has always exhibited an upstanding example of manhood as it related to his family.

As a long time respected Community Interventionist, Fire Inspector, and Violence Abatement
specialists, it has been a personal privilege to collaborate with a driven, disciplined, courageous
and dedicated Urban peacemaker leader of the community. The City of Los Angeles is fortunate
to have in it's mist a visionary of Alex's character. The organization he heads (Homies Unidos)
has provided outstanding community work under his direct supervision. As an African American
Community leader I also highlight the bridges that Alex and his organization has built with our
community. Together we have been able to mitigate un-told conflicts between Black and Brown
communities and bring together entities which have been at conflict with each other for quite
some time.

Because of the work that Alex has conducted for numerous years, I am currently concerned for
his safety. I strongly recommend that Alex be released on a reduced bail for security concerns.

I can be contacted at (323) 295-1904 or via email at takechargeinc@aol.com
Sincerely,

Aquil Basheer

Executive Director, Maximum Force Enterprises

# All of Us or None

c/o Legal Services for Prisoners with Children
1540 Market Street, #490
San Francisco, CA  94102

415-255-7036 x337 // Fax: 415-552-3150
info@allofusornone.org
www.allofusornone.org

June 29, 2009

Hon. Alicia G. Rosenberg
US Courthouse
312 N. Spring St, Courtroom D
Los Angeles, CA 90012

RE: Mr. Alex Sanchez Cr. 09-00466

Your Honor, Judge Rosenberg –

We are writing to express our strong support for Alex Sanchez, and we wholeheartedly urge you to release him on bail. He poses absolutely no danger to the community, and should be returned to his home and his family.

Mr. Sanchez has served the Los Angeles community for many years as a peace negotiator among young men involved in street organizations in Los Angeles. He has always called for community solutions and violence prevention. His example and his organization, Homies Unidos, have inspired many young men and women to lead lives of self-improvement and community service. Alex is respected nationally as a voice for peace and healing, and his personal honor and upstanding character are valued by all who know him. He has long been a voice for human rights, and has spoken out for non-violent, community-empowering conflict resolution at every opportunity.

Alex poses no risk of flight. His community ties in Los Angeles span decades, and he has extensive family ties to the area. He is a permanent resident of Los Angeles. Alex not only lives in L.A. he has invested countless hours in improving his community and making it a better place for all of us. This community investment of his service, energy, and time should also be considered when evaluating the permanence of Mr. Sanchez' relationship with L.A.

Judge Rosenberg, many community organizations and countless individuals will speak out to support Alex Sanchez because he is a good man, a wonderful father, an important community spokesperson, and a generous friend to so many of us. Please release him on bail so he will have a better opportunity to build his defense against the charges lodged against him.

Thank you for your consideration of the pleas of our community: to release Alex Sanchez so he can rejoin his family and his friends who love and respect him.

Sincerely,

Linda Evans, Organizer for All of Us or None

June 28, 2009

Honorable Alicia G. Rosenberg
United States Courthouse
312 N. Spring Street, Courtroom D
Los Angeles, CA 90012
Re: Mr. Alex Sanchez Cr. 09-00466

Dear Judge Rosenberg:

My name is Ana Castillo and I am a community organizer working with youth advocates
in the prevention of substance abuse and violence in the city of Inglewood. I write to
you in full support of Mr. Alex Sanchez, a person who is deeply valued in the community
because of his tireless and selfless commitment to youth, families, and the social well
being of the city of Los Angeles as a whole.  In my career and efforts to create a better
future for our youth, I have had the honor of using Homies Unidos and Mr. Sanchez
since 2005 as a resource and source of wisdom and inspiration in the arduous work of
peace-keeping, creation of safe alternatives for young people, and collective
empowerment of communities.

Mr. Sanchez has served as an example of what violence prevention and intervention can
do in the lives of under-privileged youth in our city. He has over-come and survived the
violence in this city and has committed himself for over 10 years to building peace and
uplifting the lives of young men and women. His presence in the community has been so
strong, that I have seen first hand the way young people look up to him. Young people
relate to his past, but most importantly, they want to relate to who he has become, and
that is a person of servitude, turning lives around for youth who desperately need a way
out of the circles of violence and poverty.

In Mr. Sanchez's commitment to the work of social justice, equity, and creation of
opportunities for youth, he has been asked to speak in college lecture halls, community
town halls, and media outlets. He is sought after as a person of example because his
stories serve purpose time and time again for those of us who want to change at a
personal level and beyond ourselves. Mr. Sanchez is no threat to our community; he
empowers, gives tools, and resources to individuals so they can build their future.

I speak highly of Mr. Sanchez because of the work he is committed to in this city and
across borders. Please allow for his release. I do believe that the court can see that he is
a person of trust and respect because he also has the community's trust and respect.
Thank you for your time and commitment to justice.

Sincerely,

Ana Castillo

Honorable Alicia G. Rosenberg
United States Courthouse
312 N. Spring Street, Courtroom D
Los Angeles, CA 90012

Re: Mr. Alex Sanchez Cr. 09-00466

June 28, 2009

Dear Judge Rosenberg:

I am writing regarding the recent arrest of community leader, Mr. Alex Sanchez. I know Mr. Sanchez for
2 years and am well acquainted with his work on behalf of the Latino community in Los Angeles and El
Salvador. I am community outreach coordinator. We do similar work to Mr. Alex Sanchez, and have had
the opportunity to work with Homies Unidos and their youth.

Judge Rosenberg, I know that you have to make a decision on whether to grant bail to Mr. Sanchez in
the next few days and, in particular, you must decide if he would be a flight risk. In both my professional
and personal opinion I would not hesitate to grant Mr. Sanchez bail as he represents absolutely no
threat to society or to the future proceedings of the court

I thank you kindly for considering my concerns in this matter and would ask that if you have any
questions regarding my relationship with Mr. Sanchez or any other matter of relevance that you contact
me at your earliest convenience.

Yours sincerely,

Andres Rivera, Jr

andresriverajr@gmail.com



# C C S . **Community Consulting Services**
## 546  N. Serrano Ave. – Los Angeles, CA 90004
## Tel/Fax: (323) 663-0583 - E-Mail: rscip@pacbell.net

June 29, 2009


Honorable Alicia G. Rosenberg
United States Courthouse
312 N. Spring Street, Courtroom D
Los Angeles, CA 90012

Re: Mr. Alex Sanchez Cr. 09-00466

Dear Judge Rosenberg:

I have worked within the Central American Community since 1977 and met Alex Sanchez when the first office of Homies Unidos was opened at the Immanuel Presbyterian Church approximately eleven or twelve years ago.  Since then, I've attended various functions in which Alex has been involved and I've grown to have the utmost appreciation and respect for him.  Only a courageous and loving person can take the time to intervene in gang rivalries; only someone with a heart full of love such as that of Alex Sanchez can have the determination to work many hours planning projects that will encourage and guide many of our youth to a life that is productive and free of violence.

Alex Sanchez is a peace advocate who has proven to be a good role model and a positive activist who is always willing to assist anyone who needs him.  He is a transparent, caring and charitable human being. I have, personally, worked closely with him and have attended meetings that Alex has set up with kids from 14 to 20 years old and have been a witness to the efforts he expends in order to discourage them from becoming involved in gangs.  We were even planning on forming a group of parents and/or concerned adults, including myself, to tutor them and help them with their homework so that they would get better grades in school.  I must add that during the past six months or so I have also attended meetings scheduled by Alex Sanchez with various community leaders because he and I were working on a project that we named "Peace and Unity Fairs."  I have in my possession the Sponsor Package that Alex had already prepared and that  he and I  were going to present to public officials and potential sponsors.  Alex and I are hoping that these monthly fairs will encourage young people to become involved in sports such as soccer and baseball and that these events would also help to fund other organizations that are focusing on youth programs only.  Now it saddens me to have to place so many projects in Abeyance during Alex's absence.

Judge Rosenberg, I am most assured that Alex Sanchez is worthy of your consideration to set a just bail that nay free him and allow him to prove his innocence so that he may continue to work in the community that needs him so very much.

Respectfully yours,

*Isabel Cárdenas*

Isabel Cárdenas
President



**New York University**
*A private university in the public service*

Gallatin School
Community Learning Initiative
715 Broadway, 4th Floor
New York, NY 10003
Telephone: (212) 998-7370
Email:    ans5@nyu.edu

Professor Aarti Shahani

<u>**VIA FAX**</u>

June 29, 2009

Honorable Alicia G. Rosenberg
United States Courthouse
312 N. Spring Street, Courtroom D
Los Angeles, CA 90012

Re: Mr. Alex Sanchez Cr. 09-00466

Your Honor:

I write to document my wholehearted support for Mr. Alex Sanchez, a community leader and national immigration expert. My name is Aarti Shahani. I am an adjunct professor at New York University, a Public Service Fellow at Harvard University's Kennedy School of Government, and the co-founder of Families for Freedom (a New York based immigration non-profit). Alex is a model and hero to many, including myself.

I first met Alex in 2004, in a conference at John Jay University. He was lecturing an audience of law enforcement leaders, attorneys, academics and lay people about gang intervention, the US deportation systems, and conditions of deportees in Central America. He brought members of his organization, Homies Unidos, to participate and network with him. Alex's ability to build community wherever he goes, and create leadership opportunities for the dozens of youth he mentors, is remarkable. I witnessed his genius once more in 2006, when a delegation from his organization joined others from six states to educate Congress about the immigration system. Alex came to the Capitol with twenty Los Angeles youth whose parents faced deportation. He was part caretaker and part civics teacher, and performed each role with enthusiasm and intelligence.

I can't pretend to know the details of this current arrest. I can say wholeheartedly that Alex is not a flight risk or threat to society. He is well known, deeply tied to many communities, and invested in seeing justice through and through. Please return him to us as the legal process unfolds.

If you have any questions, you may contact me at 917.647.1627.

Yours truly,

Aarti Shahani

Honorable Alicia G. Rosenberg
United States Courthouse
312 N. Spring Street, Courtroom D
Los Angeles, California 90012

Re: Mr. Alex Sanchez Cr. 09-00466

Dear Judge Rosenberg:

I am writing this letter of support for Mr. Alex Sanchez whom I have had the distinct
honor of knowing as a colleague, friend, and trusted community leader. As a hard and
fast rule towards preserving my own conscience, integrity, and whatever credibility has
been earned in twenty-five years of service to the communities of Los Angeles, I do not
write letters of this vain unless my belief in the person or organization is unequivocal.
This said, I have willingly authored nominations and endorsements in support of Alex
and Homies Unidos over the years because of my steadfast convictions that his critically
important leadership saves and transforms young lives for the better.

As I'm hopeful the court will recognize, the shear numbers of people and organizations
that will raise their voice in support of the quality of character and humanity of Alex is
not by chance. To those who have dedicated their lives to the pursuit of justice and
serving at-risk youth in our communities, Alex is a beacon of the transformative power of
love, forgiveness, and reconciliation. To vulnerable youth and current gang members, he
is living proof that change is possible. Alex has never asked that people forget the
missteps of his past, only that he be judged by how he now lives his life and the body of
work since that fateful moment he chose to change his path to become a peace-maker – a
decision that could just as easily meant his death. I implore the court to take account of
his many good works and the crescendo of voices that attest to his honesty, integrity, and
impeccable character in the balance of determining truth and dispensing justice.

It is impossible to be a good husband, father, uncle, brother, friend, mentor, leader, and
humanitarian, without first being a good man. As the nationally recognized leader of an
organization dedicated to redirecting young lives, Alex stands in the company of a sacred
fellowship of people. Men and women who have walked in the darkest reaches of the
streets and their human frailty, making the difficult choice to look in the mirror, account
for their failures, humbly submit to the restorative powers of justice, then do what it takes
to change and be reconciled to their families, communities, and society. I believe that this
is the man that stands before the court, falsely accused, but faithful that truth and justice
will prevail. I stand by Alex Sanchez in witness today, and will do so if again called
upon.

With All Respect,

Frank de Jesus Acosta



# UNITED
# ○ PLAYAZ

**32 Langton Street · San Francisco, CA 94103**          **www.unitedplayaz.org**

---

Honorable Alicia G. Rosenberg
United States Courthouse
312 N. Spring Street, Courtroom D
Los Angeles, California 90012

Re: Mr. Alex Sanchez Cr. 09-00466

Dear Judge Rosenberg:

My name is Rudy Corpuz Jr. I am the Founder and Director of the United Playaz, a violence prevention and leadership development program dedicated to providing youth with positive role models and activities to engage in as an alternative to involvement with gangs, drugs and other high risk behaviors. I am writing this letter of support for Mr. Alex Sanchez.

Although I work in Northern California, the community of service providers that address violence and gangs is relatively small. Mr. Sanchez has an impeccable reputation in these circles and his work stands out as exemplary in this field. I have worked with youth in this capacity for the past fifteen years. In all my contact with youth, especially young men, I have found that a major contributing factor to their delinquency is a lack of guidance. Many of these youth are in search of strong male role models that can support them to direct their time and energy in a positive way. Mr. Sanchez is that role model. Not only has he risked his life to walk away from the indiscretions of his past but he has learned from those mistakes and has turned his life around to become a positive and productive member of his community. I feel that Mr. Sanchez's work with Homies Unidos has made a lasting positive change not only on the youth he has served but on him as well.

I stand in full support of Mr. Alex Sanchez. If you have any questions or require additional information, please feel free to contact me at rudy@unitedplayaz.org or 415.573.6219.

Sincerely,

Rudy Corpuz Jr.  6-25-09
Rudy Corpuz Jr.
Founder/Executive Director

Youth Commission
City Hall ~ Room 345
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102~0917



(415) 554~6446
(415) 554-6140 FAX
www.sfgov.org/youth_commission

Honorable Alicia G. Rosenberg
United States Courthouse
312 N. Spring Street, Courtroom D
Los Angeles, California 90012

**Re: Mr. Alex Sanchez Cr. 09-00466**

Dear Judge Rosenberg:

I am writing this letter of support for Mr. Alex Sanchez whom I have personally known for over 10 years.
Alex and I have been colleagues within the violence prevention field and first met through the Wellness
Foundation's Violence Prevention Fellowship. I urge you today to allow bail to be set for Alex which will
provide him the opportunity to be with his family during these traumatic times. As a father and a community
provider, Alex has made substantial sacrifices and proven dedication to non-violence and being true to his
word. Therefore, Alex is not a flight risk and should be allowed bail.

The Los Angeles region has been Alex's home and I can assure you that he understands that watching his
actions now is not only the nation, but the children and youth whom he works with. Alex is a model
character that exemplifies to young people the power of changing one's life and dedicating it to the service
of others. A profoundly spiritual person, Alex and I have shared many hours describing our love for not only
the work and the community, but also for a higher power that ultimately sustains us and assists us in our
decision making. I believe and stand by Alex's decision making; he has come too far and has too many high
standing supporters to let us all down.

As Director of the San Francisco Youth Commission, I have called upon Alex for advice and training. He
has always provided technical support and consistency, which I believe will also be reflected throughout
these court proceedings. He has shared with me Homies Unidos's Policies and Procedures Manual which we
adopted at the organization I co-founded here in San Francisco, Homies Organizing the Mission to Empower
Youth. Without Alex, I can say safely say that thousands of youth in California and across the nation will
feel even more lost than they feel right now. I have personally watched individuals exchange an instrument
used for violence in for an instrument for empowerment and education. If you bestow Alex with the
opportunity to be with his family during these court proceedings, you will be exemplifying to all of us that
our judicial system is fair and prevails upon justice. I am available for anything that will provide insight or
support to Mr. Alex Sanchez.

With All Respect,

Julia Sabori
SF Youth Commission Director
June 29, 2009

1

June 29, 2009

Honorable Alicia G. Rosenberg
United States Courthouse
312 N. Spring St.
Los Angeles, CA 90012

<u>Re: case of Alex Sanchez Cr. 09-0046</u>

Dear Judge Rosenberg:

A reasonable bail should be set for Alex Sanchez.

While allegations contained in the indictment in which he is named are egregious, even
chilling, my knowledge of Alex goes far beyond the four corners of the 66-page
document and belies its contents. I know he is neither dangerous nor a flight risk. To the
contrary; Alex is dedicated to his family, community and peace.

By way of introduction, I have worked for the state legislature since 1994, serving as
chief of staff for legislators in the Assembly and Senate. During my tenure with the
legislature, I also have been a consultant for former Senate President John Burton,
overseeing the California Youth Authority, and a senior consultant to a Senate select
committee on California's correctional system, chaired by Senator Gloria Romero. Prior
to my working for the legislature, I was an award-winning investigative newspaper
reporter, spending nearly 10 years of a 14-year career covering the state's justice system.

I have known and worked with Alex for more than a decade. We first met in 1997. I was
chief of staff to state Senator Tom Hayden (I am currently chief of staff to another
senator from the Los Angeles area). By the time we met, Alex had dedicated himself to
saving others in his community of Pico Union and his native El Salvador from the gang
violence that was so much a part of his earlier life.

Alex had become a strong advocate for public policies that provide avenues of escape
from gang violence, testifying before governmental committees from city hall to
Sacramento. He wasn't looking to make a name for himself or to make money. He
wanted to give those like himself who were caught up in the gang culture at an early age
a chance to live a productive life.

Alex never wrote one press release, nor did he hire a publicist, but news of his gang
intervention work – his dedication, his sincerity – spread. In time, Alex became the

recipient of national acclaim. His counsel was sought by others in the intervention community and government officials.

Despite his good works and notoriety, not everyone believed Alex was for real. Police officers, primarily from the Rampart Division – the same division that brought disgrace to the force and federal oversight to LAPD that continues today – claimed Alex remained a gangster and was only acting as a front for illegal activities. Against department policy, Rampart officers arrested Alex on an immigration violation and served him up to federal authorities. Not only did Alex thwart the efforts to deport him, he successfully demonstrated to immigration officials that he was worthy of legal residency.

Recalling the past trials and triumphs of Alex Sanchez brings me back to the charges he faces today and the elements you must weigh in determining whether he should be granted bail.

Is he a flight risk? As he faced deportation, Alex had been granted bail pending the proceedings and had every reason to flee. The odds of escaping deportation were slim and an adverse ruling meant exile and certain harm, if not death. In El Salvador gang members-turned-intervention workers are targets of active gang members who don't take kindly to peacemakers poaching from their ranks. Then there are the death squads, quasi-government commandos who track down and execute high-profile individuals like Alex, taking out former and current gang members alike. It is not an exaggeration to say that life and death hung in the balance of the court's deportation ruling. Yet, Alex remained anchored to his family, his community and advocacy. He stuck it out then and he'll stick it out now. Alex Sanchez is not a flight risk.

Is Alex a danger to the community? Rather, Alex has made amends many times over for his past transgressions in an effort to make his community a safer place. His organization, Homies Unidos (which I am a former board member), has provided an alternative to the gang life for scores of youth. In turn, they have become exhibits of redemption and advocates of peace. The Rampart officers who tried to deport Alex and the law enforcement officials who brought the pending charges will certainly scoff at this assertion. But Alex's deeds – his advocacy for peace and dedication to his community – are well documented and witnessed by clergy, policy makers and grateful mothers and fathers throughout Pico Union whose children have been redeemed by Alex and Homies Unidos. Alex Sanchez is not a threat to society.

Alex must be granted bail. He should be allowed to help prepare his defense, which is impossible now as he is being shuttled to and from various federal lock-ups. He should have the opportunity to speak to the media to refute the charges against him and public comments made by law enforcement officials. He should be freed to be with his family and to draw strength from the community and individuals who honor his work and hold steadfast in their belief of his innocence.

The charges in the indictment are unproven allegations at this point. However, there is overwhelming evidence that Alex is neither a flight risk nor danger to society. He has

chalked up over a decade of good deeds that, when weighed against the unproven allegations brought before you, strongly support your granting reasonable bail. Like the earlier case against him, Alex is up against the might of the U.S. Government and faces an uphill battle to win acquittal. Still, I trust that your decision will demonstrate notion which our justice system is based upon – a defendant is innocent until proven guilty.

Alex Sanchez should be granted reasonable bail.

Sincerely,

Rocky Rushing

Mary M. Lee
3904 Roxton Avenue
Los Angeles, CA 90008
(323) 292-2535

June 29, 2009

Honorable Alicia G. Rosenberg
United States Courthouse
312 N. Spring Street
Courtroom D
Los Angeles, CA 90012

Re: Mr. Alex Sanchez Cr. 09-00466

Dear Judge Rosenberg:

I am writing to provide a character reference on behalf of Alex Sanchez. I have known of Alex's work with youth in Los Angeles for many years. I work with a national non-profit organization, and for the past three years, I have had the opportunity to work directly with Alex on efforts to promote peace and expand communication between the African-American and Latino communities in the Southern California region.

Alex has impressed me with his genuine concern for young people, and his determination to take on some of the most intractable problems facing society – specifically gang activity, violence and racism. He has worked to build bridges between racial and ethnic groups and to resolve racially motivated tensions. In doing so, he has shown these groups how much they have in common, and demonstrated the effectiveness of mutual respect and collaboration.

This is not easy work, yet Alex has consistently approached it with a positive attitude and a willingness to take on difficult challenges. He has demonstrated an ability to communicate with people from all walks of life – from teens to elders, from gang members to directors of corporation and foundations. I believe Alex can reach people on so many levels because he is a man of integrity. His own life story is a compelling example of resilience.

Alex is truly a role model, particularly for the young people that are the focus of his efforts. He is using his life to help others. There is a critical need for people like Alex, and I hope he is able to continue to serve the Los Angeles community for many years to come.

Sincerely,

Mary M. Lee

June 26, 2009

LOS ANGELES TRADE~TECH
LATTC
A Community College

Honorable Alicia G. Rosenberg
United States Courthouse
312 N. Spring Street, Courtroom D
Los Angeles, CA 90012

Re: Mr. Alex Sanchez Cr. 09-00466

Dear Judge Rosenberg:

I am writing to provide a character reference on behalf of Mr. Alex Sanchez who I have known, taught and collaborated with on community projects for the past ten years. I am the Director of Community and a faculty member at Los Angeles Trade Technical College. My relationship with Mr. Sanchez began as I started to teach courses related to violence prevention and community development at LATTC. Through my research I found Mr. Sanchez and the incredible and humbling work of Homies Unidos. I interviewed Mr. Sanchez and many of the young individuals he was working with at the time. I was completely amazed by the honesty and sincerity by which Alex engaged in the work. I saw him as a genuine individual who was giving back to the community because he realized that he had a responsibility to help change lives as he had done with his own.

Through our conversations I realized that Alex had an amazing interest in learning and growing as an individual. He wanted to develop his capacity to develop programs for youth, expand his analysis on the root causes of violence and more importantly come up with solutions. Mr. Sanchez decided to return to school and enter our program because he felt a responsibility to develop his skills and at the same time model the type of behavior young people from his community need to see. My relationship with Alex transitioned to the classroom. He took several courses with me and my colleagues. It was at that point that Alex really amazed me because the majority of his learning came from his own efforts to educate himself. The Los Angeles public education system did very little to prepare him. Alex demonstrated a determination to learn and contribute to the classroom dialogue and discussions. He was seen as a leader among his peers. He worked on his writing, his presentation style and understanding of the field of community development. He was determined to learn the skills and knowledge required to effectively develop programs to make a difference.

Most recently, Alex contributed as a presenter to various classrooms always challenging our academic program to provide a practical application to learning. Last year he spoke to a classroom full of parents, many angry about the state of our inner-city communities and the status of young gang members in particular. Alex was able to help parents understand the needs of young people. Mr. Sanchez was able describe the talents young people have and what they can achieve if nurtured and supported. We have collaborated on various other projects related to immigrant rights, youth programs and strategic planning sessions related to the growth and direction of Homies Unidos.

Finally, I can say that Alex represents a shinning example of what an individual can do when they decide to transcend their surroundings and at the same time commit themselves to a life of public service. His work is not easy for many reasons, yet he has walked the peace maker path with dignity and honor for over 10 years. He has done what many other individuals choose not to do in this day – give back to the community. His work has saved lives, redirected young people to be productive members of our community. He has given us hope that our low-income inner city neighborhoods can reach peace and achieve success. He is a humble person with a big voice and an unequivocal commitment to bring peace to our streets. Mr. Sanchez is of high character and deserves an opportunity to receive a fair trial – which will demonstrate that he has been wrongly accused.

If you have any questions or would like additional information please contact me at 213-763-3761 or via email at btorres@cdtech.org.

Sincerely,

Benjamin Torres