UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   CR-09-466-R                                            Date: November 29, 2010

========================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

| William Horrell | Sheri Kleeger | Elizabeth Carpenter |
|---|---|---|
| Courtroom Deputy | Court Reporter | Abigail Evans |
| | | Xochitl Arteaga |
| | | Asst. U.S. Attorney |

========================================================================
U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

1)   ALEX SANCHEZ                                1)   Kerry Bensinger
     X present   X on bond                            X present   X appointed

_____

PROCEEDINGS:   1)  Defendant Sanchez's motion to suppress evidence derived from improperly
                   handled interceptions not timely and properly sealed (doc # 640)
               2)  Defendant Sanchez's motion to suppress evidence derived from unnecessary
                   wiretap obtained on false pretenses (doc # 642)

**The Court hears arguments of counsel.**

**The Court DENIES item # 1 as listed above, for reasons as stated on the record.  Government shall submit proposed findings and order.**
**The Court DENIES item # 2 as listed above, and will issue its findings thereon.  Government shall submit a proposed order.**

<u>10 min</u>

MINUTES FORM 11                                         Initials of Deputy Clerk __WH_____
CRIM -- GEN